UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ALASKA

Quennel Lanard Avery,
    Plaintiff,

vs.

Superior Court of Alaska,
    Defendant.

Case No. _____ CI

## DECLARATION COMPLAINT

### I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprevation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The United States District Court of Alaska is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it's where the events giving rise to the claim occured.

Quennel Lanard Avery
Anchorage Correctional Complex West
1300 East 4th Ave., Anchorage, Alaska 99501

## II. PLAINTIFF

1. Plaintiff, Quennel Lanard Avery, is and was at all times mentioned herein a prisoner of the State of Alaska in the custody of the Alaska Department of Corrections. He is currently confined in Anchorage Correctional Complex West, at 1300 East 4th Ave., Anchorage Alaska 99501.

## III. DEFENDANTS

1. Defendant, L. Wilson, is the Clerk responsible for the filing of documents into the court and is legally responsible for handling documents for court filings, in States Criminal case of "State of Alaska vs. Quennel Lanard Avery, 3AN-19-03201 CR" at Nesbett Court House Third Judicial Anchorage, 825 West 4th Ave., Anchorage, Alaska 99501.

2. Defendant, Judicial Officer's Responsible for Clerk L. Wilson, is legally responsible to ensure that the conduct of the clerk's actions or omissions do not show appearance of prejudice's or bias of Courts Order's.

3. Eached Defendant is sued individually and in his or her own official capacity. At all times mentioned in this complaint, each Defendant acted under the color of State law.

## IV. FACTS

1. Plaintiff filed motion, motion to dismiss for multiplicity, on September 30, 2020.

2. Defendant, L. Wilson denied motion mechanically applying Alaska Rules of Criminal Procedure 50 and Alaska Civil

Quennel Lanard Avery
Anchorage Correctional Complex West
1300 East 4th Ave., Anchorage, Alaska 99501

Rules of Procedure 81(c) to deem plaintiffs motion as "deficient."

3. Alaska Code of Judicial Conduct, Canon 3C(2) governs Superior Court's, Staff conduct manifesting bias or prejudice in the performance of their official duties.

4. Exhibit A is a four (4) page motion that Plaintiff attempted to file into court addressing certain legal prejudice.

5. Exhibit B is a two (2) page affidavit in support of motion in which Plaintiff attempted to file.

6. Exhibit C is a one (1) page Certificate of Service for proof that all parties involved in "State of Alaska vs. Quennel Lanard Avery, 3AN-19-3201" have been served in the accords of Alaska State law.

7. Exhibit D is a one (1) page "Criminal Deficiency Memo" which Defendant, L. Wilson utilized to machanically apply Alaska's Court Rules to deny Plaintiff from filing motion.

IV. LEGAL CLAIM

1. Plaintiff alleges and incorporates by reference paragraphs 1-13.

2. The violation of freedom of expression and due process to filing ~~defend~~ Plaintiff's "well plead motion" violates Plaintiff, Quennel Lanard Avery's rights by means of depriving him access to court under United States Constitution Amendment I, ~~V~~, and XIV.

Quennel Lanard Avery
Anchorage Correctional Complex West
1300 East 4th Ave., Anchorage, Alaska 99501

3. The Plaintiff has no plan, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will be irreparably injured by the conduct of the defendants unless this court grants declaritory and injunctive relief which Plaintiff seeks.

## II. PRAYE FOR RELIEF WHEREFORE,

Plaintiff respectfully Prays that this court enter Judgement granting Plaintiff:

1. A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

2. A preliminary and permanent injunction ordering defendant, L. Wilson to accept any "well plead" and lawfully accorded motions to be accepted; defendant, Judicial Officer reliable for defendants L. Wilson's conduct to refrain from manifesting bias or prejudice against Plaintiff, in further filings and attempts to exercize right by Plaintiff.

3. Compensatory damages in the amount of $10,000 against defendant, L. Wilson.

4. Punitive damages in the amount of $2,500 against defendant, L. Wilson.

5. A jury trial on all issues triable by jury.

6. Plaintiff's costs in this suit,

7. Any additional relief this court deems just, proper, and equitable.

Quennel Lanard Avery
Anchorage Correctional Complex West
Anchorage, Alaska 99501, 1300 East 4th Ave.

Done on this 5th day of October 2020

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true. I certify under the penalty of perjury that the foregoing is true and correct.

Executed at Anchorage, Alaska 99501 on **October** 5, 2020.

_Quennel Avery_
Quennel Lanard Avery
Anchorage Correctional Complex West
1300 East 4th Ave.
Anchorage, Alaska 99501

Quennel Lanard Avery
Anchorage Correctional Complex West
1300 East 4th Ave., Anchorage, Alaska 99501

Quenuel Avery #725295
Anchorage Correctional Complex-West
1300 East 4th Avenue
Anchorage, AK 99501

neopost
10/07/2020
US POSTAGE $000.80
ZIP 99501
041L11253886

U.S. District Court
222 W. 7th Avenue Box 4
Anchorage, AK 99513-7564