# CRIMINAL DEFICIENCY MEMO

**FROM:**
Alaska Court System
Nesbett Courthouse
825 W 4th Ave
Anchorage, AK 99501

**DATE:** October 1, 2020
**CASE NO:** 3AN-19-03201CR
**CASE NAME:** State of Alaska vs Quennel Landard Avery
**CLERK:** LWilson

**TO:** Quennel Landard Avery

☒ Your documents are being returned to you.
<u>Defendant's Motion to Dismiss for Multiplicity</u>

Please provide the information or items indicated below:

☒ A party who is represented by an attorney may not appear or act on his or her own behalf. Criminal Rule 50 and Civil Rule 81(c).

Return this notice and all items requested to this office at the address shown above.

CR-712(cv)(7/12)
Criminal Deficiency Memo - General